# EXHIBIT B



ELECTRONICALLY FILED
1/26/2015 1:22 PM
62-CV-2009-000073.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

# IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
## DADEVILLE DIVISION

| | |
|---|---|
| MOSS ROBERT, | ) |
| MOSS BRENDA, | ) |
| SAUNDERS CHARLES, | ) |
| SAUNDERS PEGGY ET AL, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.: CV-2009-000073.00 |
| | ) |
| GLENWOOD THE BLUFFS AT, | ) |
| GLENWOOD DEVELOPMENT COMPANY, | ) |
| GLENWOOD SILVER HILLS LLC, | ) |
| DORAND DEVELOPMENT LLC ET AL, | ) |
| Defendants. | ) |

**Order**

     This case having come before the Court for a jury trial docket on March 26, 2014. The case was called for trial. The Plaintiffs Robert Moss and Brenda Moss were present and both they and the Plaintiffs Charles Saunders and Peggy Saunders were represented by counsel, Donald R. Harrison. The Defendants Glenwood-The Bluffs at Copper Creek, LLC, Glenwood Development, LLC, Dorand Development, LLC, Rodney Dorand, The Rodney D. and Barbara H. Dorand Living Trust, Leigh Dorand, The Leigh and Kimberly Dorand Living Trust and KAD Away Trust were not present and their counsel had previously withdrawn from the case. The Plaintiffs sought Default Judgment and provided testimony regarding liability upon fraud, breach of contract and fraudulent concealment and also provided testimony regarding damages.

     Upon consideration of the evidence, it is the opinion of this Court that Default Judgment should and is hereby granted.

     Therefore, it is ORDERED, ADJUDGED and DECREED that Judgment is hereby granted in favor of the Plaintiffs, Robert Moss, Brenda Moss, Charles Saunders and Peggy Saunders, and against the Defendants Glenwood-The Bluffs at Copper Creek, LLC, Glenwood Development, LLC, Dorand Development, LLC, Rodney

Case 21-03003-HAC    Doc 1-2    Filed 04/16/21    Page 3 of 3

DOCUMENT 161

Dorand, The Rodney D. and Barbara H. Dorand Living Trust, Leigh Dorand, The Leigh and Kimberly Dorand Living Trust and KAD Away Trust, both separately and severally for One Million Six Hundred Thousand Dollars ($1,600,000.00) together with costs herein.

**DONE this 26th day of January, 2015.**

                                            **/s/ RAY D. MARTIN**
                                            **CIRCUIT JUDGE**