# EXHIBIT C



AlaFile E-Notice

62-CV-2009-000073.00
Judge: RAY D. MARTIN

To:  WOOTEN NICHOLAS HEATH
nick@nickwooten.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

ROBERT MOSS, ET AL VS GLENWOOD-THE BLUFFS AT COPPER CREEK, ET AL
62-CV-2009-000073.00

The following matter was FILED on 9/30/2019 9:34:51 AM

Notice Date:    9/30/2019 9:34:51 AM

PATRICK CRADDOCK
CIRCUIT COURT CLERK
TALLAPOOSA COUNTY, ALABAMA
125 NORTH BROADNAX
DADEVILLE, AL, 36853

256-825-1098
patrick.craddock@alacourt.gov



ELECTRONICALLY FILED
9/30/2019 9:34 AM
62-CV-2009-000073.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

# IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
## DADEVILLE DIVISION

| | |
|---|---|
| MOSS ROBERT, | ) |
| MOSS BRENDA, | ) |
| SAUNDERS CHARLES, | ) |
| SAUNDERS PEGGY ET AL, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.:   CV-2009-000073.00 |
| | ) |
| GLENWOOD THE BLUFFS AT, | ) |
| GLENWOOD DEVELOPMENT COMPANY, | ) |
| GLENWOOD SILVER HILLS LLC, | ) |
| DORAND DEVELOPMENT LLC ET AL, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on two motions. This Order disposes of both motions. The first is a motion is one to set aside judgment pursuant to Rule 59 of the Alabama Rules of Civil Procedure filed by defendants Rodney and Barbara Dorand, Dorand Development, LLC and Rodney Dorand, and the Rodney & Barbara Dorand Living Trust.  The second is a motion to compel these same defendants to answer post-judgment discovery.

After due consideration of all the factual background and circumstances of this case, and in further consideration of the law that applies thereto, the Defendants' Motion to Set Aside is hereby DENIED, and the Plaintiffs' Motion to Compel Post Judgment Discovery is GRANTED.   The Defendants are to comply with this Order to Compel within thirty days of the date of the same.

**DONE this 30th day of September, 2019.**

             **/s/ RAY D. MARTIN**
             **CIRCUIT JUDGE**