# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In re:  
    RODNEY DIXON DORAND,

Case No.: <u>21-30205-KKS</u>  
Chapter 7

    The Debtor.

_____

The Estates of Robert Moss and Brenda Moss by Danae Brown, Executrix, and The Estates of Charles Saunders and Peggy Saunders by Amanda Andrews, Administrator,

    Plaintiffs,

vs.

Adv. Proc. No. <u>21-03003-HAC</u>

Rodney Dixon Dorand,

    Defendant.

_____

## DEFENDANT'S AMENDED FINAL EXHIBIT LIST

| **Presiding Judge**<br>Henry A. Callaway | | **Plaintiff's Attorney**<br>Nick Wooten | | | **Defendant's Attorney**<br>Robert J. Powell |
|---|---|---|---|---|---|
| **Trial Date**<br>June 7, 2022 | | **Court Reporter** | | | **Courtroom Deputy** |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibit |
| | 1 | | | | Glenwood Development Company, LLC Articles of Organization |
| | 2 | | | | Dorand Development, LLC Articles of Organization |

1

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibit |
|---|---|---|---|---|---|
| | 3 | | | | Glenwood – the Bluffs at Copper Creek, LLC Articles of Organization |
| | 4 | | | | Porter Bridge Loan Term Sheet |
| | 5 | | | | Glenwood – The Bluffs at Copper Creek, LLC Amended Articles of Organization |
| | 6 | | | | Amended Complaint filed Feb. 9, 2010, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 6-A | | | | Real Estate Sale and Purchase Agreement dated July 1, 2006, between Glenwood Development, LLC and Moss/Saunders |
| | 6-B | | | | General Warranty Deed dated July 31, 2006, from Moss/Saunders to Glenwood – Silver Hills, LLC |
| | 6-C | | | | Mortgage dated July 31, 2006, executed by Glenwood – Silver Hills, LLC in favor of Moss/Saunders |
| | 6-D | | | | Promissory Note dated July 31, 2006, executed by Glenwood – Silver Hills, LLC in favor of Moss/Saunders |
| | 6-E | | | | Corrective General Warranty Deed dated July 31, 2006, from Moss/Saunders to Glenwood – The Bluffs at Copper Creek, LLC |
| | 6-F | | | | Corrective Mortgage dated July 31, 2006, executed by Glenwood – The Bluffs at Copper Creek, LLC and Glenwood Development Company, LLC in favor of Moss/Saunders |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibit |
|---|---|---|---|---|---|
| | 6-G | | | | Quitclaim Deed dated December 28, 2007, from Glenwood – The Bluffs at Copper Creek, LLC to Dorand Development, LLC |
| | 6-H | | | | Mortgage dated March 30, 2007, executed by Rodney D. Dorand, Glenwood – The Bluffs at Copper Creek, LLC, and Leigh Dorand in favor of Porter Bridge Loan Company, Inc. |
| | 6-I | | | | Subordination Agreement dated July 31, 2006, by Moss/Saunders in favor of Glenwood-Silver Hills, LLC |
| | 7 | | | | Second Amended Complaint filed March 5, 2010, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 8 | | | | Order dated January 26, 2015, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 9 | | | | Notice of Attorney's Lien filed December 30, 2020, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 10 | | | | Plaintiff's Motion to Quash Attorney's Lien filed January 15, 2021, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 11 | | | | Proposed Order on Plaintiffs' Motion to Quash Attorney's Lien submitted on January 15, 2021, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibit |
|---|---|---|---|---|---|
| | 12 | | | | Notice of Attorney's Lien filed February 10, 2021, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 13 | | | | Plaintiff's Motion to Quash Second Attorney's Lien filed at Document 489 and Request for Hearing filed on February 17, 2021, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 14 | | | | Notice of Attorney's Lien filed April 5, 2021, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 15 | | | | Response in Opposition to the Plaintiffs' Motion to Quash the Attorneys' Liens filed April 13, 2021, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 16 | | | | Proposed Order on Plaintiffs' Motion to Quash Attorney's Lien submitted on April 28, 2021, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 17 | | | | Plaintiff's Motion to Set Trial on Attorneys' Lien Dispute filed July 30, 2021, in Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |
| | 18 | | | | Docket from Tallapoosa County, Alabama Circuit Court Case No. CV 2009-73 |

| | 19 | | | | Glenwood Development Company, LLC – The Bluffs at Copper Creek Pro Forma dated 7/12/2006 |

Pursuant to paragraph 4(f) of this Court's Scheduling Order (ECF 52), counsel to the parties conferred regarding the admissibility of Defendant's exhibits listed above and Plaintiffs' counsel has no objection.

                              MOORHEAD LAW GROUP, PLLC

                              By:*/s/ Robert J. Powell*
                              **ROBERT J. POWELL**
                              Florida Bar No. 70318
                              Moorhead Law Group, PLLC
                              127 Palafox Place, Suite 200
                              Pensacola, FL 32502
                              (850) 466-4093 (Office)
                              (850) 477-0982 (Fax)
                              rpowell@moorheadlaw.com
                              heidi@moorheadlaw.com
                              acavin@moorheadlaw.com
                              *Attorney for Defendant,*
                              *Rodney Dixon Dorand*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided electronically to all parties requesting e-service in this adversary proceeding via the Court's CM/ECF System on this 6th day of June 2022, including the following:

- William Von Hoene (william@vonhoenelawfirm.com), *Attorney for Debtor*
- Nicholas Heath Wooten (nick@nickwooten.com; linnea@nickwooten.com), *Attorney for Estates of Robert Moss, Brenda Moss, Charles Saunders, & Peggy Saunders*

/s/ Robert J. Powell
**ROBERT J. POWELL**